AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Scullin, Frederick J. | 2. Court or Organization<br><br>US District Court (NDNY) | 3. Date of Report<br><br>04/24/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>PO Box 7255<br>100 S. Clinton St<br>Syracuse, NY 13261 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 MAY 11 A 11: 5b
FINANCIAL DISCLOSURE OFFICE

Scullin_Frederick_J 1

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. iShares- COMEX Gold Trust ETF | | None | J | T | Buy | 9/15 | J | | |
| 2. National Financial Brokerage Account-Treasury Fund MM | A | Interest | K | T | | | | | |
| 3. T.Rowe Price- Africa & Middle East | A | Int./Div. | J | T | Buy | 9/15 | J | | |
| 4. Lord Abbett- Large Cap Value A | A | Int./Div. | K | T | | | | | |
| 5. Putnam- Int'l Capital Opportunities A | A | Int./Div. | J | T | Sold (part) | 9/9 | K | | |
| 6. T.Rowe Price-Latin America | A | Int./Div. | J | T | Buy | 9/15 | J | | |
| 7. Oppenheimer- Int'l Bond A | A | Int./Div. | J | T | Buy | 9/15 | J | | |
| 8. Oppenhieimer- Int'l Bond A | A | Int./Div. | | | Sold | 10/22 | J | | |
| 9. Alpine- Int'l Real Estate Y | A | Int./Div. | J | T | Buy | 9/15 | J | | |
| 10. National Financial Brokerage- Prime Fund MM | A | Interest | K | T | Buy | 7/24 | K | | |
| 11. Matthews- Pacific Tiger | A | Int./Div. | J | T | Buy | 9/15 | J | | |
| 12. Vanguard- Small Cap Value Index | A | Int./Div. | J | T | Buy | 9/15 | J | | |
| 13. Fidelity- New Markets Income | A | Int./Div. | J | T | Buy | 9/15 | J | | |
| 14. PIMCO- Commodity Real Return A | A | Int./Div. | J | T | Buy | 9/15 | J | | |
| 15. Oppenheimer- Global Opps A | A | Int./Div. | | | Sold | 9/4 | K | | |
| 16. IRA Nationwide- Spectrum Fund | A | Int./Div. | | | Sold | 7/24 | K | | |
| 17. Franklin- Capital Growth A | A | Int./Div. | | | Sold | 9/9 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Scullin, Frederick J. | - | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS- Int'l New Discovery A | A | Int./Div. | | | Sold | 9/9 | K | | |
| 19. Putnam- Int'l Cap Opp A | A | Int./Div. | | | Sold | 9/9 | K | | |
| 20. T. Rowe Price- Emerging Europe | A | Int./Div. | J | T | Buy | 9/16 | J | | |
| 21. Third Avenue- Real Estate | A | Int./Div. | J | T | Buy | 9/16 | J | | |
| 22. Vanguard- Growth Index | A | Int./Div. | J | T | Buy | 9/16 | J | | |
| 23. iShares- IBOXX investment-grade bond ETF | | None | K | T | Buy | 12/29 | K | | |
| 24. Merrill Lynch- CMA Account | A | Int./Div. | J | T | | | | | |
| 25. Merrill Lynch- CMA Account | A | Int./Div. | J | T | | | | | |
| 26. GE Interest Plus-money market | A | Interest | J | T | | | | | |
| 27. Massachusetts Mutual SPLD | | None | K | T | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/24/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/24/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States District Court

Northern District of New York
100 South Clinton Street
P.O. Box 7255
Syracuse, New York 13261-7255

Frederick J. Scullin, Jr.
Senior Judge

(315) 234-8560
███████████████

June 15, 2009

Honorable Bobby R. Baldock
Chair, Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: 2008 Calendar Year Financial Disclosure Filing

Dear Judge Baldock:

I am in receipt of your letter dated June 5, 2009 wherein you state that two assets that appeared in my 2007 report failed to appear in my 2008 report. Thank you for drawing that omission to my attention.

I am enclosing original and 3 copies of page 5 of the 2008 report that now includes those two assets. All other parts of the 2008 report remain the same.

Very truly yours,

███████████████

Frederick J. Scullin, Jr.
Senior United States District Judge

RECEIVED 2009 JUN 22 A 11: 25 FINANCIAL DISCLOSURE OFFICE

Scullin_Frederick_J 2

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. MFS- Int'l New Discovery A | A | Int./Div. | | | Sold | 9/9 | K | | |
| 19. Putnam- Int'l Cap Opp A | A | Int./Div. | | | Sold | 9/9 | K | | |
| 20. T. Rowe Price- Emerging Europe | A | Int./Div. | J | T | Buy | 9/16 | J | | |
| 21. Third Avenue- Real Estate | A | Int./Div. | J | T | Buy | 9/16 | J | | |
| 22. Vanguard- Growth Index | A | Int./Div. | J | T | Buy | 9/16 | J | | |
| 23. iShares- IBOXX investment-grade bond ETF | | None | K | T | Buy | 12/29 | K | | |
| 24. Merrill Lynch- CMA Account | A | Int./Div. | J | T | | | | | |
| 25. Merrill Lynch- CMA Account | A | Int./Div. | J | T | | | | | |
| 26. GE Interest Plus-money market | A | Interest | J | T | | | | | |
| 27. Massachusetts Mutual SPLD | | None | K | T | | | | | |
| 28. Franklin 529 Plan-Small Mid cap Growth | A | Int./Div. | J | T | Redeemed (part) | 4/1 | | | |
| 29. Franklin 529 Plan-Growth | A | Int./Div. | J | T | Redeemed (part) | 4/1 | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

DISCLOSURE FINANCIAL OFFICE 2009 JUN 2 AM 11 25 RECEIVED

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |